```
Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH FRAULOB – State Bar #194355
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARA MARET BAYMA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil Action No: 2:22-cv-02321-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Thursday, June 22, 2023, to file the Motion for Summary Judgment.

   IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  05/22/2023              / s / Joseph Fraulob
                                Joseph Fraulob
                                Attorney for Plaintiff

Dated:  05/22/2023              / s / L. Jamala Edwards
                                L. Jamala Edwards
                                Special Assistant U.S. Attorney
                                Attorney for Defendant

/////
/////
/////
/////

IT IS ORDERED.

Dated: May 31, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE