PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4809
    E-Mail: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARA MARET BAYMA,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-02321-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 45 days, from August 8, 2023 to September 21, 2023, for Defendant to file her Cross-Motion for Summary Judgment. All other dates in this Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Plaintiff does not oppose Defendant's request.

    The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to ongoing staffing fluctuations, organizational changes, and increased workloads, the undersigned counsel for the Commissioner has been tasked with additional duties including serving as a jurisdictional coordinator, reviewing other attorneys'

work, and handling more cases, including the above-captioned case.  As a result, and despite diligent efforts to have the Commissioner's Cross-Motion ready on time, the undersigned counsel for the Commissioner needs an extension to allow sufficient time to review the certified administrative record, consider the issues that Plaintiff has raised, confer with her client regarding this case and whether options exist for settlement, and prepare the Commissioner's Cross-Motion if the case does not settle.

Respectfully submitted,

Dated: August 1, 2023        LAW OFFICES OF HADLEY & FRAULOB

By:   /s/ Joseph C. Fraulob*
      JOSEPH C. FRAULOB
      Attorney for Plaintiff
      [*as authorized by email on Aug. 1, 2023]

Dated: August 3, 2023        PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Social Security Administration

By:   /s/ Margaret Branick-Abilla
      MARGARET BRANICK-ABILLA
      Special Assistant U.S. Attorney
      Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant shall have an extension, up to and including September 21, 2023, to submit her Cross-Motion for Summary Judgment.

Dated:  August 3, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE